# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LINDA P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:23-cv-00196-NT |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

This matter comes before me on the recommended decision of the United States Magistrate Judge to grant the Defendant's motion to dismiss. On May 5, 2023, the Plaintiff filed her complaint seeking judicial review of a decision of the Commissioner that was adverse to the Plaintiff (ECF No. 1). On June 30, 2023, the Defendant moved to dismiss the Plaintiff's complaint as untimely (ECF No. 6).

On August 29, 2023, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 9). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, and the complaint is **DISMISSED**.

SO ORDERED.

                                                /s/ Nancy Torresen  
                                                United States District Judge

Dated this 13th day of September, 2023.